1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL THOMAS,

11          Petitioner,                    No.  2:12-cv-1690 KJN P

12      vs.

13   GIPSON,

14          Respondent.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.  Petitioner challenges his validation as a gang member at California State Prison -

19   Corcoran ("CSP-COR"), thus indicating that his claims may more appropriately be brought

20   pursuant to civil rights complaint under 42 U.S.C. § 1983.  Moreover, CSP-COR is located in

21   Kings County, California, which is part of the Fresno Division of the United States District Court

22   for the Eastern District of California.  See Local Rule 120(d).

23          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

24   the proper division of a court may, on the court's own motion, be transferred to the proper

25   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

26   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

1

1   Good cause appearing, IT IS HEREBY ORDERED that:

2   1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3   2.  This action is transferred to the United States District Court for the Eastern

4   District of California sitting in Fresno; and

5   3.  All future filings shall reference the new Fresno case number assigned and

6   shall be filed at:

7   United States District Court
    Eastern District of California
8   2500 Tulare Street
    Fresno, CA 93721

9

10  DATED:  June 27, 2012

11

12  _____
    KENDALL J. NEWMAN
13  UNITED STATES MAGISTRATE JUDGE

14  thom1690.109

15

16

17

18

19

20

21

22

23

24

25

26

2